IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>    Proposed Defendant-<br>    Intervenor. | CIV-S-05-00093 DFL JFM<br><br>ORDER |

    Having reviewed Proposed Defendant-Intervenor's Unopposed Application to Shorten Time for Expedited Consideration of the Motion to Intervene, the Application to Shorten Time is hereby GRANTED.

1   Any opposition to the Motion to Intervene by plaintiffs or
2 defendant is due by May 2, 2005, and proposed defendant-
3 intervenor's response is due May 4, 2005.  The motion is set for
4 hearing on May 27, 2005 at 10 a.m.
5 IT IS SO ORDERED.
6 Dated: 4/26/2005

*[signature]*

DAVID F. LEVI
United States District Judge