Dennis M. Wilson CSB No. 043877
Wilson Law Firm, a Professional Corporation
780 Folsom Blvd., Suite 105
Sacramento, California 95826
Phone: (916) 381-8400
Facsimile: (916) 381-8129
e-mail: denniswilson@covad.net

UNITED STATES DISTRICT COURT
FOR THE EASTERN OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, KLAMATH FOREST ALLIANCE, and CITIZENS FOR BETTER FORESTRY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL, <br><br> Proposed Defendant-Intervenor. | Civil No. 05-00093-DFL JFM <br><br> APPLICATION OF SCOTT W. HORNGREN TO APPEAR PRO HAC VICE AND ORDER |

I, Scott W. Horngren, declare and state:

I am an attorney representing proposed defendant-intervenors. I make this declaration based on my personal knowledge. Pursuant to Local Rule 83-80, I respectfully apply to participate in this case pro hac vice.

1. I am a member of the law firm of:

Haglund Kelley Horngren Jones & Wilder LLP

Page 1 -   APPLICATION OF SCOTT W. HORNGREN TO APPEAR PRO HAC VICE
No. 05-00093-DFL JFM

1  101 SW Main Street, Suite 1800
2  Portland, OR 97204
3  Telephone: (503) 225-0777
4  Fax: (503) 225-1257
5  e-mail: horngren@hk-law.com

6      2.    My home address is: 6902 SW 3rd Avenue, Portland, OR 97219.

7      3.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 83-
8  180(e), and to become familiar with the Local Rules of this Court.

9      4.    I was admitted to practice in the Supreme Court for the State of Oregon on April 15,
10 1988, the United States District Court for the District of Oregon on April 17, 1989, the United
11 States District Court for the District of Colorado April 18, 2000, the United States Court of Federal
12 Claims on September 2, 1993, the Ninth Circuit Court of Appeals on May 1, 1992, the Tenth
13 Circuit Court of Appeals on November 19, 1992, and the U.S. Court of Appeals for the Federal
14 Circuit on May 1, 1992. My Oregon bar number is 88060.

15     5.    I am a member in good standing and eligible to practice law and have not been
16 suspended, disbarred, held in contempt, sanctioned or otherwise disciplined by any of the
17 preceding courts or by any bar association. I have not made a pro hac vice application to this Court
18 within the year preceding this application.

19     6.    Dennis M. Wilson is a member of the bar of this Court in good standing and
20 maintains an office within the State of California, is designated as co-counsel with whom the Court
21 and opposing counsel may readily communicate regarding conduct of the case and upon who
22 papers shall be served. His bar number is 043877. His contact information is: Dennis M. Wilson,
23 7801 Folsom Blvd., Suite 105, Sacramento, California 95826, telephone: (916) 381-8400,
24 facsimile (916) 381-8129, e-mail: denniswilson@covad.net.

25
26

Page 2 - APPLICATION OF SCOTT W. HORNGREN TO APPEAR PRO HAC VICE
No. 05-00093-DFL JFM

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _____ day of April, 2005.

_____
Scott W. Horngren
Haglund Kelley Horngren Jones & Wilder LLP
101 SW Main, Suite 1800
Portland, OR 97204
(503) 225-0777

I consent to serve as local counsel in this case with whom the Court and counsel may readily communicate regarding conduct of the action and upon whom service can be made.

_____
Dennis M. Wilson

## ORDER

PETITION IS HEREBY  (X)  GRANTED      ( )   DENIED.

DATED: 5/6/2005

_____
U.S. District Court Judge

Page 3 -   APPLICATION OF SCOTT W. HORNGREN TO APPEAR PRO HAC VICE
           No. 05-00093-DFL-JFM

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Application of Scott W. Horngren to Appear Pro Hac Vice on the following party(ies):

Marc D. Fink
Western Environmental Law Center
223 North Sixth Street, Suite 300
Boise, Idaho 83702

Rachel Marie Fazio
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924

   Attorney for Plaintiffs

Julia Ashley Jones
U.S. Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044

McGregor William Scott
U.S. Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

   Attorneys for Defendant

by mailing a true and correct copy thereof to said party(ies) on the date stated below.

DATED this 21st day of April, 2005.

_____
Attorneys for Defendant-Intervenors

1 - CERTIFICATE OF SERVICE