1  Marc D. Fink *pro hac vice* (MN Bar # 343407)
   Western Environmental Law Center
2  612 Alworth Building
   306 Superior Street
3  Duluth, MN 55802
   Tel: (218) 722-4130
4  Fax: (218) 722-4131

5  Rachel M. Fazio (CA Bar # 187580)
   P.O. Box 697
6  Cedar Ridge, CA 95924
   Tel: (530) 273-9290
7  Fax: (530) 273-9260

8  Attorneys for Plaintiffs

9

   Julia A. Jones
10 United States Department of Justice
   Natural Resources Section
11 Ben Franklin Station
   P.O. Box 663
12 Washington, D.C.  20044-0663
   Tel: (202) 305-0436
13 Fax: (202) 514-8865

14 Attorney for Federal Defendant

15

16                       UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
17                             SACRAMENTO DIVISION

18
   CONSERVATION CONGRESS,                ) Civil Case No. S-05-0093 DFL JFM
19 KLAMATH FOREST ALLIANCE, and          )
   CITIZENS FOR BETTER FORESTRY          ) STIPULATION TO ENLARGE TIME
20                                       ) FOR FILING MOTION FOR FEES AND
          Plaintiffs,                    ) COSTS PURSUANT TO LOCAL RULE
21                                       ) 54-293(a); [PROPOSED] ORDER
       v.                                )
22                                       )
   UNITES STATES FOREST SERVICE,         )
23                                       )
          Defendant.                     )
24 _____)

25

26

27

28


Page 1, STIP. TO ENLARGE TIME FOR FILING MOTION FOR FEES AND COSTS;
        [PROPOSED] ORDER

WHEREAS Civil Local Rule 54-293(a) provides that "[m]otions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than thirty (30) days after entry of final judgment;"

WHEREAS the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 is the statute under which plaintiffs will seek attorneys fees and costs in this case;

WHEREAS EAJA provides that a party seeking an award of fees and other expenses may apply for them "within 30 days of final judgment in the action," and defines "final judgment" as "a judgment that is final and not appealable;"

WHEREAS the judgment in this case becomes unappealable 60 days from the time of its entry;

WHEREAS Federal Defendants have not yet determined whether they will appeal the final judgment in this case;

WHEREAS Plaintiffs seek to clarify the timing for filing an EAJA motion for fees and expenses pursuant to Local Rule 54-293(a);

NOW THEREFORE the parties stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiffs to file a motion for attorneys' fees and expenses under Local Rule 54-293(a) is hereby extended to be the same as the deadline for filing an application for fees under EAJA.  By entering into this stipulation, Federal Defendants do not waive any defenses as to whether Plaintiffs are entitled to fees or costs.

Dated: July 14, 2005            /s/ Rachel M. Fazio
                                RACHEL M. FAZIO/MARC D. FINK
                                Attorneys for Plaintiffs

Dated: July 14, 2005            /s/ Julia A. Jones (as authorized on 7/13/05)
                                JULIA A. JONES
                                Attorney for Federal Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/15/2005                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge

Page 2, STIP. TO ENLARGE TIME FOR FILING MOTION FOR FEES AND COSTS; [PROPOSED] ORDER