# UNITED STATES DISTRICT COURT
# FOR THE EASTERN OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **CONSERVATION CONGRESS, KLAMATH FOREST ALLIANCE,** and **CITIZENS FOR BETTER FORESTRY,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES FOREST SERVICE,** <br><br> Defendant, <br><br> and <br><br> **AMERICAN FOREST RESOURCE COUNCIL,** <br><br> Amicus Curiae. | ) <br> ) <br> ) <br> ) Civil No.05-00093-DFL JFM <br> ) <br> ) **[PROPOSED] ORDER GRANTING** <br> ) **MOTION ON EDSON TIMBER** <br> ) **SALE** <br> ) |

The Court having considered the stipulation and motion regarding removal of downed logs and slash clean up on the Edson Timber Sale, this Court hereby **GRANTS** the motion permitting the removal of downed logs in Unit 415 and the completion of cleanup work in Units 415, 1001, 1002, and 1003. No standing trees may be cut until the Forest Service complies with the requirements of NEPA.

DATED this 15 day of July, 2005.

_____
DAVID F. LEVI
Chief United States District Judge

Page 1 -   **[PROPOSED] ORDER GRANTING MOTION REGARDING EDSON TIMBER SALE**
No. 05-00093-DFL JFM