IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, KLAMATH FOREST ALLIANCE and CITIZENS FOR BETTER FORESTRY<br><br>Plaintiffs,<br><br>v.<br><br>UNITES STATES FOREST SERVICE,<br><br>Defendants. | Case No. 05-cv-00093 DFL JFM<br><br>STIPULATION REGARDING ATTORNEYS' FEES AND COSTS CLAIMED AND [PROPOSED] ORDER |

This stipulation is entered into by and between Plaintiffs Conservation Congress, Klamath Forest Alliance, and Citizens for Better Forestry ("Plaintiffs"), and Defendant United States Forest Service ("Federal Defendant").

## RECITALS

WHEREAS, on June 30, 2005, this Court entered Final Judgment in favor of the Plaintiffs, and against Federal Defendant; and

WHEREAS, on August 24, 2005, the parties initiated good faith negotiations in furtherance of their common interest to resolve amicably the amount of potential recoverable attorney's fees and costs subject to the Equal Access to Justice Act ("EAJA"), § 2414(d).

NOW, THEREFORE, this stipulation is entered for the sole purpose of resolving amicably, and without need for further litigation, Plaintiffs' claim for an award of all attorney fees and costs incurred by Plaintiffs in this case. Accordingly, the parties mutually stipulate as follows:

STIPULATION

1. Plaintiffs agree to reduce and limit any and all claims for such fees and/or costs incurred in this District Court to thirty six thousand, eight hundred and eighty three dollars and sixty eight cents ($36,883.68), and Federal Defendant agrees not to dispute that Plaintiffs incurred thirty six thousand, eight hundred and eighty three dollars and sixty eight cents ($36,883.68), in potentially-recoverable attorney's fees and costs.

2. Federal Defendant agrees to pay thirty six thousand, eight hundred and eighty three dollars and sixty eight cents ($36,883.68) in attorney's fees and costs to Plaintiffs within a reasonable time frame, given the impact of hurricane Katrina on the National Finance Center, of the Court's approval of this Stipulation. Federal Defendants agrees to submit all necessary paperwork to the appropriate department or agency within ten (10) business days of receipt of the signed court order approving this stipulation.

3. In consideration of Federal Defendant's agreement to pay the amount specified in paragraph 2, Plaintiffs, their successor, affiliates, and assigns shall not sue the United States, and shall release all claims and causes of action against the United States, based on any Federal, State or common law to recover any costs, fees or expenses of this case. Plaintiffs further agree not to take any further steps to obtain a judgment for or payment of litigation costs or expenses, including attorney's fees, in this case in the United States District Court. Plaintiffs also agree to withdraw any motion they may have filed with the District Court in order to preserve their right to seek fees under EAJA.

4. Upon execution of this stipulation, the parties agree to file the stipulation with the Court. Either party may seek relief from the Court to enforce any provisions of this Stipulation.

5. Except as provided herein, nothing in this stipulation shall be (1) construed as or deemed a waiver of any defenses or arguments the Federal Defendant may have with respect to the Plaintiff's Motion or claims in this action; (2) offered in evidence in any proceeding as an admission or concession of wrongdoing, liability, or any issue of fact or law concerning the

claims or defenses in this action; or (3) construed as or deemed precedent in any other proceeding. Nothing in this Stipulation shall be interpreted as, or shall constitute, a commitment or requirement that Federal Defendants obligate or pay funds, or take any other action in contravention of the Anti Deficiency Act, 31 U.S.C. § 1341, or any other applicable law.

6. Nothing in this Stipulation shall be construed as an admission that the position of the Federal Defendants in this case was not substantially justified.

7. This Stipulation represent the entirety of the parties' commitments with regard to settlement. The terms of this Stipulation shall become effective upon approval by the Court.

ACCORDINGLY, the United States and Plaintiff, by their duly authorized attorneys, whose signatures appear below, have executed this agreement whose signatures appear below, have executed this agreement.

|  |  |
|---|---|
|  | KELLY A. JOHNSON<br>Acting Assistant Attorney General |
| /s/ Marc Fink<br>Marc D. Fink (MN Bar # 343407)<br>4515 Robinson Street<br>Duluth, Minnesota 55804<br>Tel: (218) 525-3884<br>Fax: (218) 525-3857 | /s/ Julia A. Jones<br>JULIA A. JONES (D.C. Bar # 469713)<br>Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>General Litigation Section<br>P.O. Box 663 |
| Rachel M. Fazio (CA Bar # 187580)<br>P.O. Box 697<br>Cedar Ridge, CA 95924<br>Tel: (530) 273-9290<br>Fax: (530) 273-9260 | Washington, D.C. 20044-0663<br>Tel: (202) 305-0436<br>Fax: (202) 305-0506<br><br>Dated: September 28, 2005<br>Attorneys for Federal Defendant |
| Dated: September 28, 2005<br>Attorneys for Plaintiffs |  |

Pursuant to this Stipulation, IT IS SO ORDERED.

Date: 09/30/2005              /s/ David F. Levi
                              Honorable David F. Levi